UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc. , <br><br>　　　　Plaintiff, <br><br>　v. <br><br>Jose Chavez, <br><br>　　　　Defendant. | Case No. 2:13-cv-1120 KJM CKD <br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Chavez and Avalos-Garcia d/b/a El Patron Bar and Grill in the sum of $25,000.00.

Date: November 06, 2013　　　　　　　　　　　　MARIANNE MATHERLY, CLERK

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/  R. Becknal
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk